Hannah H. Drew, by her next friend and husband, John W. Drew, Appellant, vs. Mary E. Wallace, William Wallace, Anne Elizabeth Pierce, Nellie Wallace, Robert Elizabeth Wallace and Mary Rubina Wallace, Appellees.

Appeal from Circuit Court Hillsborough county.

*Shackleford & Pettingill*, for Appellant.

*William Hunter*, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on praecipe of counsel for appellant.